JULY 27, 1990

No. A–77. BERTOLOTTI *v.* DUGGER, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. Application for stay of execution of sentence of death, presented to JUSTICE KENNEDY, and by him referred to the Court, denied.

JUSTICE MARSHALL, dissenting.

Adhering to my view that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth and Fourteenth Amendments, *Gregg* v. *Georgia*, 428 U. S. 153, 231 (1976), I would grant the application for stay of execution in order to give the applicant time to file a petition for writ of certiorari and would grant the petition and vacate the death sentence in this case.

AUGUST 13, 1990

No. A–677 (89–6967). BURKE *v.* BEYER. C. A. 3d Cir. Application for bail, addressed to JUSTICE WHITE and referred to the Court, denied.

No. D–876. IN RE DISBARMENT OF TOBIN. Disbarment entered. [For earlier order herein, see 494 U. S. 1024.]